# Exhibit 7



Ohio Environmental Protection Agency

John R. Kasich, Governor
Mary Taylor, Lt. Governor
Scott J. Nally, Director

February 15, 2011

RE: HERITAGE - WTI, INC. (WTI)
FACILITY ID 0215020233
DAPC NOTICE OF VIOLATION

**CERTIFIED MAIL**

Frank Murray
Vice President and General Manager
Heritage-WTI, Inc. (WTI)
1250 St. George Street
East Liverpool, OH 43920

Dear Mr. Murray:

After review of your Excess Emissions Report for the fourth quarter of 2010 (October 1 – December 31), we find Heritage-WTI violated short-term emission permit limitations for nitrogen oxides and total hydrocarbons as measured by the Continuous Emission Monitors (CEMs). Any violation of a term and condition of any permit issued by Ohio EPA is also a violation of Ohio Revised Code (ORC) 3704.05(J)(2).

### Nitrogen Oxides (NOx):

Part III. A.I.1 of PTI 02-18743, effective on March 22, 2007, and Section C.5.b)(1)a of the current Title V permit provide a NOx limit of 28.36 lbs/hr.

During the 4th quarter of 2010, there were 500 minutes when the NOx reading, as measured by the NOx CEM, was over the limit of 28.36 lbs/hr. The maximum reading during the quarter was 33.4 lbs/hr.

### Total Hydrocarbons:

Part III. A.I.1 of PTI 02-18743, Section C.5.b)(2)f of the current Title V permit, and 40 CFR 63.1219(a)(5) provide a THC limit of 10 ppm by volume, over an hourly rolling average, dry basis and corrected to 7 percent oxygen.

During the 4th quarter of 2010, there were 329 minutes of THC exceedences caused by operator errors when hazardous waste was in the combustion chamber. The maximum reading during the quarter by an operator error was 16.7 ppm.

### Summary:

We acknowledge that there were no exceedences of the sulfur dioxide limitation of 11.34 lbs/hr during the fourth quarter of 2010. Please continue your efforts to reduce, and eventually eliminate, all exceedences of the short-term permit emissions limitations.

Northeast District Office
2110 East Aurora Road
Twinsburg, OH 44087-1924

330 | 963 1200
330 | 487 0769 (fax)
www.epa.ohio.gov

The issuance of this notice does not constitute a waiver of Ohio EPA's authority to seek civil penalties as provided in Section 3704.06 of the Ohio Revised Code. The determination to pursue or decline such penalties in this case will be made by the Ohio EPA at a later date. This notice does not excuse any violations of federal, state and local laws or regulations regarding air pollution control.

Should you have any questions, please contact me at (330) 963-1237 or at pam.korenewych@epa.state.oh.us.

Sincerely,

Pamela L. Korenewych
Environmental Specialist
Division of Air Pollution Control

PLK:bo

ec: Ed Fasko, DAPC, NEDO
    Misty Koletich, DAPC, NEDO
    Natalie Oryshkewych, DHWM, NEDO
    Frank Popotnik, DHWM, NEDO
    Michelle Tarka, DHWM, East Liverpool Field Office

pc: Tim Fischer, DAPC, NEDO
    Tom Kalman, DAPC, CO
    Todd Brown, DAPC, CO
    Bill MacDowell, U.S. EPA
    Charlie Hall, U.S. EPA
    John Peterka, Heritage-WTI, President
    Vince Waggle, Heritage-WTI, Environmental Engineer