Exhibit 11

 HERITAGE-WTI

| | |
|---|---|
| HERITAGE-WTI, INC. | OHSAS 18001: 2007 |
| 1250 St. George Street | ISO 14001: 2004 |
| East Liverpool, Ohio 43920-3400 | ISO 9001: 2008 |
| Phone: 330-385-7337 | |
| Fax: 330-385-7813 | |
| Web Site: www.heritage-wti.com | |

Mr. Eric Bewley                                July 31, 2011
Division of Air Pollution Control              VIA AIR SERVICES
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

RE:    HERITAGE-WTI, INC
       QUARTERLY TITLE V REPORT
       FACILITY ID 02-15-02-0233
       2nd Quarter 2011

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from April 1, 2011 through June 30, 2011.

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

John Peterka
President
Heritage-WTI, Inc.

 Recycled Paper

Enclosure

2011
2nd QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

July 31, 2011

## Section I – General Information

A. Facility Information

| | |
|---|---|
| Facility ID: | 02-15-02-0233 |
| Responsible Official's Name / Title: | Frank Murray<br>General Manager |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes      ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

## Section II – Certification

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**John Peterka, President**

Signature: _____

Date: _7/28/2011____

**Section III – Title V Permit Quarterly Reporting Requirements**

### A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

**F001 Reporting Requirements:**

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F002 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f. *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

## F004 Reporting Requirements:

a.  *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

## P001 Reporting Requirements:

a.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored. Waste processing in this area was halted when the power was lost.**

b.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored. Waste processing in this area was halted when the power was lost.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *Each day or week during which any visible emissions were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f. *Each day when the number of gallons loaded exceeded 44,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

g. *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

h.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored. Waste processing in this area was halted when the power was lost.**

i.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**6/9/2011 – at 1:45 pm power was lost to the facility due to a fire at a nearby substation and a resulting surge. The power surge resulted in an immediate shutdown of the incinerator and a brief shutdown of the vapor recovery system. The system was only down for a minute or two until the emergency generator was stabilized and power was restored. Waste processing in this area was halted when the power was lost.**

j.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

k.  *Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

l.  *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

m.  *Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **2nd Quarter Excess Emissions Report**. An additional report titled **2nd Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

### Kiln Temp Summary
Deviation = < 1718 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|------|------|------|------|------|
| 04/12/2011 23:00 | 725.5 | 480 | Shutdown - Prior AWFCO | Repaired outlet duct. Restarted unit |
| 06/09/2011 14:12 | 1120.5 | 247 | Shutdown - Power Loss | AEP restored power. Unit restarted. |
| | | 727 | Total Minutes | |

### SCC Temp Summary
Deviation = <1747 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|------|------|------|------|------|
| 04/12/2011 22:57 | 729.9 | 483 | Shutdown - Prior AWFCO | Repaired outlet duct. Restarted unit |
| 06/09/2011 14:23 | 964.8 | 236 | Shutdown - Power Loss | AEP restored power. Unit restarted. |
| | | 719 | Total Minutes | |

## Opacity Summary
Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/07/2011 13:30 | 33.0 | 5 | Pink Plume Supression - Failure | Repaired Pump. |
| 05/17/2011 07:30 | 21.9 | 6 | Feed - Drum | Reduced Feed Rates |
| 06/01/2011 10:18 | 72.2 | 6 | Maintenance - Activity | Cleaned Lens |
| 06/02/2011 14:06 | 49.0 | 8 | Quarterly Stack Audit | None |
| 06/09/2011 13:54 | 62.7 | 6 | Power Outage | Restored Power |
| | | 31 | Total 6-Minute Avarages | |

Opacity

Emission Data Summary:

1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0

    b) Control equipment problems:      5

    c) Process Problems:      0

    d) Other known causes:      26

    e) Unknown causes:      0

2) Total duration of excess emissions:      31

3) Total duration of excess emissions X (100) / Total source operating time:      0.02%

CMS Performance Summary:

1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0

    b) Non-Monitor equipment malfunctions:      0

    c) Quality assurance calibration:      639

    d) Other known causes:      2

    e) Unknown causes:      0

2) Total CMS Downtime:      641

3) Total duration of downtime X (100) / Total source operating time:      0.54%

## Sulfur Dioxide Summary
Deviation = >11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 05/02/2011 07:40 | 14.4 | 13 | Feed - Drum | Reduced Feed Rates |
| 05/05/2011 04:40 | 11.6 | 31 | Feed - Direct Tanker | Reduced Feed Rates |
| 05/27/2011 04:00 | 13.6 | 34 | Feed - Drum | Reduced Feed Rates |
| 05/31/2011 10:26 | 28.0 | 162 | Feed - Lance | Reduced Feed Rates |
| 06/03/2011 17:56 | 20.1 | 116 | Feed - Lance | Reduced Feed Rates |
| 06/03/2011 22:07 | 30.3 | 68 | Feed - Lance | Reduced Feed Rates |
| 06/04/2011 07:01 | 28.7 | 66 | Feed - Lance | Reduced Feed Rates |
| 06/06/2011 07:18 | 18.4 | 63 | Feed - Drum | Reduced Feed Rates |
| 06/11/2011 07:13 | 12.6 | 26 | Feed - Lance | Reduced Feed Rates |
| 06/16/2011 11:47 | 11.9 | 47 | Feed - Lance | Reduced Feed Rates |
| 06/17/2011 15:02 | 35.3 | 97 | Feed - Drum | Reduced Feed Rates |
| 06/17/2011 21:03 | 11.9 | 17 | Feed - Drum | Reduced Feed Rates |
| | | 740 | Total Minutes | |

Sulfur Dioxide

Emission Data Summary:

1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0

    b) Control equipment problems:      0

    c) Process Problems:      0

    d) Other known causes:      740

    e) Unknown causes:      0

2) Total duration of excess emissions:      740

3) Total duration of excess emissions X (100) / Total source operating time:      0.63%

CMS Performance Summary:

1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0

    b) Non-Monitor equipment malfunctions:      0

    c) Quality assurance calibration:      1,952

    d) Other known causes:      63

    e) Unknown causes:      0

2) Total CMS Downtime:      2,015

3) Total duration of downtime X (100) / Total source operating time:      1.71%

## Nitrogen Oxides Summary
Deviation=>28.36 lbs/hr
124.23 Tons/year

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/01/2011 18:30 | 34.0 | 56 | Feed - Lance | Adjusted feed. |
| 04/09/2011 02:54 | 28.5 | 4 | Feed - Drum | Reduced Feed Rates |
| 04/09/2011 15:12 | 28.7 | 11 | Feed - Drum | Reduced Feed Rates |
| 04/10/2011 01:56 | 28.5 | 10 | Feed - Drum | Reduced Feed Rates |
| 04/11/2011 21:10 | 33.9 | 92 | Feed - Drum | Reduced Feed Rates |
| 04/11/2011 22:50 | 30.2 | 39 | Feed - Drum | Reduced Feed Rates |
| 04/27/2011 19:56 | 29.0 | 6 | Feed - Lance | Adjusted feed. |
| 05/05/2011 22:39 | 30.7 | 51 | Feed - Lance | Adjusted feed. |
| 05/06/2011 00:45 | 29.5 | 16 | Feed - Lance | Adjusted feed. |
| 05/06/2011 01:07 | 29.8 | 32 | Feed - Lance | Adjusted feed. |
| 05/06/2011 05:30 | 34.7 | 49 | Feed - Lance | Adjusted feed. |
| 05/09/2011 20:48 | 33.5 | 60 | Feed - Lance | Adjusted feed. |
| 06/08/2011 12:13 | 36.0 | 48 | Feed - Lance | Adjusted feed. |
| 06/15/2011 16:20 | 28.8 | 8 | Feed - Lance | Adjusted feed. |
| 06/16/2011 22:59 | 31.8 | 65 | Feed - Lance | Adjusted feed. |
| 06/24/2011 22:30 | 28.9 | 19 | Feed - Lance | Adjusted feed. |
| | | 566 | Total Minutes | |

Nitrogen Oxide

Emission Data Summary:

1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:        0

    b) Control equipment problems:        0

    c) Process Problems:        0

    d) Other known causes:        566

    e) Unknown causes:        0

2) Total duration of excess emissions:        566

3) Total duration of excess emissions X (100) / Total source operating time:        0.48%

CMS Performance Summary:

1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:        0

    b) Non-Monitor equipment malfunctions:        0

    c) Quality assurance calibration:        1,952

    d) Other known causes:        63

    e) Unknown causes:        0

2) Total CMS Downtime:        2,053

3) Total duration of downtime X (100) / Total source operating time:        1.71%

## Carbon Monoxide Summary
### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation |
|------|------|----------|-----------------------|
|      |      |          |                       |
|      |      |          |                       |
| Total CO emissions for the quarter: | | | |
|      |      | lbs      | tons                  |
|      |      | 22621    | 11.31                 |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:                                         N/A
    b) Control equipment problems:                    N/A
    c) Process Problems:                                  N/A
    d) Other known causes:                             N/A
    e) Unknown causes:                                   N/A

2) Total duration of excess emissions:                   N/A
3) Total duration of excess emissions X (100) / Total source operating time:     N/A %

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:               0
    b) Non-Monitor equipment malfunctions:        0
    c) Quality assurance calibration:                975
    d) Other known causes:                             42
    e) Unknown causes:                                 0

2) Total CMS Downtime:                               1,017
3) Total duration of downtime X (100) / Total source operating time:     0.86%

## Total Hydrocarbon Summary
Deviation => 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/01/2011 16:35 | 15.2 | 58 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 04/01/2011 23:45 | 11.7 | 35 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 04/04/2011 01:45 | 11.4 | 30 | Malfunction - Lance Slagging | Cleaned lances. Restarted unit. |
| 04/05/2011 04:54 | 18.3 | 57 | Operator Error - Low Air Flow | Increased air flow. Restarted unit. |
| 04/05/2011 22:40 | 11.9 | 58 | Malfunction - Lance Plugging | Cleared lance. Restarted unit. |
| 04/06/2011 18:07 | 10.9 | 34 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 04/09/2011 17:31 | 15.9 | 58 | Operator Error - Feed Mix | Reduced feeds. Restarted unit. |
| 04/10/2011 07:27 | 13.5 | 49 | Malfunction - Lance Slagging | Inspected and cleaned lances on 4/11/11. |
| 04/10/2011 10:08 | 14.5 | 37 | Malfunction - Lance Slagging | Inspected and cleaned lances on 4/11/11. |
| 04/10/2011 12:29 | 12.8 | 54 | Malfunction - Lance Slagging | Inspected and cleaned lances on 4/11/11. |
| 04/12/2011 22:44 | 19.0 | 60 | Shutdown - Prior AWFCO | Repaired outlet duct. Restarted unit |
| 05/06/2011 20:03 | 23.5 | 62 | Operator Error - Feed Prep | Created new waste stream to segregate materials better. |
| 05/10/2011 23:50 | 12.6 | 59 | Malfunction - Clinker Fell | Regained draft and restarted unit |
| 05/20/2011 14:15 | 26.2 | 61 | Operator Error - Lance Feed | Restarted unit. Reduced lance flow. |
| 06/07/2011 21:07 | 13.1 | 57 | Operator Error - Feed Prep | Solidified material. Restarted unit. |
| 06/24/2011 02:48 | 10.3 | 58 | Operator Error - Feed Prep | Reduced charge size and restarted unit. |
| | | 827 | Total Minutes | |
| THC on Fuels | | | | |
| 04/22/2011 06:59 | 39.0 | 80 | Start-Up | Adjusted Burner |
| 06/21/2011 22:48 | 10.6 | 8 | Start-Up | Adjusted Burner |
| | | 88 | Total Minutes | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

| | | |
|---|---|---|
| a) | Startup / shutdown: | 148 |
| b) | Control equipment problems: | 0 |
| c) | Process Problems: | 287 |
| d) | Other known causes: | 388 |
| e) | Unknown causes: | 92 |

2) Total duration of excess emissions: 915

3) Total duration of excess emissions X (100) / Total source operating time:    0.78%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

|   |   |   |
|---|---|---|
| a) | Monitor equipment malfunctions: | 0 |
| b) | Non-Monitor equipment malfunctions: | 0 |
| c) | Quality assurance calibration: | 0 |
| d) | Other known causes: | 2 |
| e) | Unknown causes: | 0 |

2) Total CMS Downtime:    2
3) Total duration of downtime X (100) / Total source operating time:    0.0002%

## B. Malfunctions

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**

Bcc:    Env. Department

ECF:    Air Quarterly Reporting / Title V Permit / Deviation Report

FILE NAME:    environ/vince/Title V quarterly and Semi/112Q/T5 q rep112Q.doc



HERITAGE-WTI, INC.
1250 St. George Street
East Liverpool, Ohio 43920-3400
Phone: 330-385-7337
Fax: 330-385-7813
Web Site: www.heritage-wti.com

OHSAS 18001: 2007
ISO 14001: 2004
ISO 9001: 2008

Mr. Eric Bewley
Division of Air Pollution Control
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

October 31, 2011
VIA AIR SERVICES

RE: HERITAGE-WTI, INC
   QUARTERLY TITLE V REPORT
   FACILITY ID 02-15-02-0233
   3rd Quarter 2011

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from **July 1, 2011 through September 30, 2011**.

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

Frank Murray
General Manager
Heritage-WTI, Inc.

Enclosure

2011
3rd QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

October 31, 2011

## Section I – General Information

A. Facility Information

| Facility ID: | 02-15-02-0233 |
|---|---|
| Responsible Official's Name / Title: | Frank Murray<br>General Manager |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes      ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

## Section II – Certification

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**Frank Murray, General Manager**

Signature: _Frank Murray_

Date: _10/18/2011_

**Section III – Title V Permit Quarterly Reporting Requirements**

## A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

**F001 Reporting Requirements:**

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F002 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. Waste was present in this unit at this time through processing was taking place. The system was stabilized at 10:55 am.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. Waste was present in this unit at this time through processing was taking place. The system was stabilized at 10:55 am.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. Waste was present in this unit at this time through processing was taking place. The system was stabilized at 10:55 am.**

d. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f. *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F004 Reporting Requirements:**

a. *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P001 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while**

the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All open containers in this area were closed immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.

b.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All open containers in this area were closed immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.

c.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All open containers in this area were closed immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.

d.  *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

There were no occurrences to report as defined by the reporting requirements for this unit.

e.  *Each day or week during which any visible emissions were observed and the corrective actions taken.*

There were no occurrences to report as defined by the reporting requirements for this unit.

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f.  *Each day when the number of gallons loaded exceeded 44,000 gallons;*

> **There were no occurrences to report as defined by the reporting requirements for this unit.**

g.  *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

> **There were no occurrences to report as defined by the reporting requirements for this unit.**

h.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

> **8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All operations in this area were ceased immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.**

i.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

> **8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All operations in this area were ceased immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.**

j.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**8/9/2011 – at approximately 10:20 am, power was briefly lost to the facility due to a city-wide outage. The power loss resulted in an immediate shutdown of the incinerator while the emergency generator was brought online. Negative draft was also lost in the vapor recovery system. Pressure in the system was recorded at 0.0 inches of water for 33 minutes. All operations in this area were ceased immediately upon discovery of the loss of vapor recovery. The system was stabilized at 10:55 am.**

k.  *Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

l.  *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

m.  *Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **3rd Quarter Excess Emissions Report**. An additional report titled **3rd Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

## Kiln Temp Summary
Deviation = < 1718 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 08/09/2011 10:40 | 1640.2 | 38 | Malfunction - Power Failure | Power restored within minutes. Unit restarted. |
| 08/25/2011 04:08 | 1529.6 | 44 | Malfunction - Power Failure | Power restored within minutes. Unit restarted. |
| 09/26/2011 18:55 | 928.9 | 139 | Malfunction - Instrument | Replaced transmitter, cooled motor. Restarted unit. |
| 09/26/2011 23:11 | 1248.3 | 143 | Malfunction - Instrument | Replaced transmitter, cooled motor. Restarted unit. |
| | | 364 | Total Minutes | |

## SCC Temp Summary
Deviation = <1747 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 08/09/2011 10:33 | 1577.1 | 45 | Malfunction - Power Failure | Power restored within minutes. Unit restarted. |
| 08/25/2011 04:10 | 1565.1 | 42 | Malfunction - Power Failure | Power restored within minutes. Unit restarted. |
| 09/26/2011 19:02 | 944.0 | 132 | Malfunction - Instrument | Replaced transmitter, cooled motor. Restarted unit. |
| 09/26/2011 23:12 | 1212.6 | 145 | Malfunction - Instrument | Replaced transmitter, cooled motor. Restarted unit. |
| | | 364 | Total Minutes | |

## Opacity Summary
Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 07/20/2011 14:42 | 72.0 | 1032 | Malfunction - Reheat Maintenance | Repaired heat exchanger. |
| 08/31/2011 13:12 | 25.5 | 60 | Quarterly Stack Audit | NONE |
| | | 1092 | Total Minutes | |

Opacity
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0
    b) Control equipment problems:      1032
    c) Process Problems:      0
    d) Other known causes:      60
    e) Unknown causes:      0

2) Total duration of excess emissions:      1092
3) Total duration of excess emissions X (100) / Total source operating time:      0.87%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      647
    d) Other known causes:      0
    e) Unknown causes:      0

2) Total CMS Downtime:      647
3) Total duration of downtime X (100) / Total source operating time:      0.51%

## Sulfur Dioxide Summary
Deviation = >11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|------|------------------|----------------|--------|-------------------|
| 08/06/2011 01:47 | 15.7 | 52 | Feed - Drum | Reduced Feed Rates |
| 08/15/2011 09:00 | 13.5 | 50 | Feed - Drum | Reduced Feed Rates |
| 08/19/2011 05:12 | 11.6 | 35 | Feed - Drum | Reduced Feed Rates |
| 08/21/2011 16:50 | 17.1 | 54 | Feed - Drum | Reduced Feed Rates |
| 08/26/2011 09:53 | 13.5 | 50 | Feed - Drum | Reduced Feed Rates |
| 08/29/2011 07:01 | 55.5 | 21 | Instrument Calibration | NONE |
| 08/29/2011 15:23 | 16.6 | 51 | Instrument Calibration | NONE |
| 08/31/2011 21:51 | 16.5 | 55 | Feed - Drum | Reduced Feed Rates |
| 09/04/2011 08:30 | 31.9 | 78 | Feed - Drum | Reduced Feed Rates |
| 09/04/2011 11:44 | 22.5 | 62 | Feed - Drum | Reduced Feed Rates |
| 09/06/2011 17:36 | 18.4 | 56 | Feed - Drum | Reduced Feed Rates |
| 09/08/2011 20:43 | 13.4 | 50 | Feed - Drum | Reduced Feed Rates |
| 09/12/2011 11:38 | 33.1 | 81 | Feed - Drum | Reduced Feed Rates |
| 09/13/2011 18:05 | 11.5 | 3 | Feed - Drum | Reduced Feed Rates |
| 09/13/2011 18:17 | 13.3 | 15 | Feed - Drum | Reduced Feed Rates |
| 09/13/2011 18:55 | 12.8 | 7 | Feed - Drum | Reduced Feed Rates |
| | | 720 | Total Minutes | |

Sulfur Dioxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

   a) Startup / shutdown:                                          0
   b) Control equipment problems:                                  72
   c) Process Problems:                                            0
   d) Other known causes:                                          648
   e) Unknown causes:                                              0
2) Total duration of excess emissions:                            720
3) Total duration of excess emissions X (100) / Total source operating time:          0.57%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

   a) Monitor equipment malfunctions:                             0
   b) Non-Monitor equipment malfunctions:                         0
   c) Quality assurance calibration:                              1,962
   d) Other known causes:                                         22
   e) Unknown causes:                                             0
2) Total CMS Downtime:                                            1,984
3) Total duration of downtime X (100) / Total source operating time:          1.56

## Nitrogen Oxides Summary
**Deviation= >28.36 lbs/hr**
**124.23 Tons/year**

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 07/20/2011 05:39 | 28.8 | 2 | Feed - Drum | Reduced Feed Rates |
| 07/20/2011 05:42 | 28.5 | 1 | Feed - Drum | Reduced Feed Rates |
| 07/25/2011 04:26 | 28.5 | 6 | Feed - Drum | Reduced Feed Rates |
| 08/30/2011 01:42 | 34.5 | 38 | Feed - Drum | Reduced Feed Rates |
| 08/31/2011 18:30 | 28.9 | 5 | Feed - Drum | Reduced Feed Rates |
| 09/03/2011 00:56 | 29.1 | 33 | Feed - Drum | Reduced Feed Rates |
| 09/03/2011 05:27 | 29.1 | 19 | Feed - Drum | Reduced Feed Rates |
| 09/08/2011 05:24 | 29.1 | 7 | Feed - Drum | Reduced Feed Rates |
| 09/08/2011 23:02 | 29.1 | 5 | Feed - Drum | Reduced Feed Rates |
| 09/08/2011 23:26 | 30.3 | 10 | Feed - Drum | Reduced Feed Rates |
| | | 126 | Total Minutes | |

Nitrogen Oxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
- a) Startup / shutdown:      0
- b) Control equipment problems:      0
- c) Process Problems:      0
- d) Other known causes:      126
- e) Unknown causes:      0

2) Total duration of excess emissions:      126
3) Total duration of excess emissions X (100) / Total source operating time:      0.10%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
- a) Monitor equipment malfunctions:      0
- b) Non-Monitor equipment malfunctions:      0
- c) Quality assurance calibration:      1,962
- d) Other known causes:      22
- e) Unknown causes:      0

2) Total CMS Downtime:      1,984
3) Total duration of downtime X (100) / Total source operating time:      1.56%

## Carbon Monoxide Summary
### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation |
|------|------|----------|-----------------------|
|      |      |          |                       |
|      |      |          |                       |
| Total CO emissions for the quarter: | | | |
|      |      | lbs      | tons                  |
|      |      | 23603    | 11.80                 |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
   a) Startup / shutdown:                         N/A
   b) Control equipment problems:                 N/A
   c) Process Problems:                           N/A
   d) Other known causes:                         N/A
   e) Unknown causes:                             N/A
2) Total duration of excess emissions:            N/A
3) Total duration of excess emissions X (100) / Total source operating time:        N/A %


CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
   a) Monitor equipment malfunctions:             0
   b) Non-Monitor equipment malfunctions:         0
   c) Quality assurance calibration:              960
   d) Other known causes:                         13
   e) Unknown causes:                             0
2) Total CMS Downtime:                            973
3) Total duration of downtime X (100) / Total source operating time:            0.77%

## Total Hydrocarbon Summary
Deviation => 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|------|-------------|----------------|--------|-------------------|
| 07/01/2011 06:37 | 12.1 | 39 | Operator Error - Poor Feed Mix | Restarted unit. Reduced feed rate. |
| 07/04/2011 08:32 | 12.0 | 59 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/09/2011 19:46 | 15.7 | 28 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/10/2011 11:43 | 15.6 | 59 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/10/2011 13:56 | 14.4 | 59 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/10/2011 17:38 | 12.5 | 23 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/10/2011 23:00 | 10.9 | 15 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/11/2011 09:17 | 12.7 | 54 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/11/2011 14:25 | 17.3 | 59 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/11/2011 18:26 | 15.7 | 55 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/11/2011 20:18 | 12.7 | 54 | Malfunction - Combustion Enhancement Equip. | Restarted unit. Adjusted lance. Revised inspection. |
| 07/14/2011 11:54 | 13.8 | 49 | Operator Error - Feed Prep | Reduced charge size and restarted unit. |
| 07/14/2011 19:35 | 19.6 | 60 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/14/2011 23:45 | 12.4 | 55 | Malfunction - Customer Pakaging Error | Contacted customer. Restarted unit. |
| 07/24/2011 08:49 | 11.5 | 28 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/25/2011 01:07 | 10.9 | 45 | Operator Error - Feed Mix | Removed waste stream. Restarted unit. |
| 07/26/2011 04:07 | 11.6 | 21 | Malfunction - Lance Slagging | Restarted unit. Cleaned lances 7/26. |
| 07/28/2011 09:34 | 16.4 | 59 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/30/2011 06:38 | 11.0 | 57 | Malfunction - Lance Purge | Cleaned lance. Restarted unit. |
| 07/31/2011 14:53 | 10.0 | 5 | Malfunction - Lance Slagging | Cleaned lances 8/2. Restarted unit. |
| 08/01/2011 22:56 | 10.8 | 24 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| 08/02/2011 03:26 | 13.3 | 38 | Malfunction - Lance Slagging | Cleaned lances 8/2. Restarted unit. |
| 08/05/2011 05:56 | 13.3 | 58 | Malfunction - Lance Purge | Restarted unit. |
| 08/10/2011 01:32 | 11.3 | 8 | Operator Error- Feed Error | Restarted unit. |
| 08/10/2011 04:05 | 14.3 | 59 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/10/2011 12:54 | 17.9 | 60 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/11/2011 23:55 | 19.3 | 60 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/17/2011 12:30 | 18.8 | 60 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/17/2011 16:02 | 10.9 | 19 | Operator Error- Feed Prep | Solidified material. Restarted unit. |
| 08/17/2011 16:23 | 10.7 | 14 | Malfunction - Prior WFCO | Restarted unit. |
| 08/21/2011 03:25 | 12.9 | 59 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/22/2011 11:21 | 32.2 | 63 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |
| 08/22/2011 22:29 | 14.3 | 47 | Operator Error- Feed Prep | Reduced charge size. Restarted unit. |

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 08/28/2011 14:11 | 13.2 | 38 | Malfunction - Lance Purge | Cleared line. Restarted unit. |
| 09/05/2011 08:03 | 10.0 | 1 | Operator Error - Poor Operation | Restarted unit. Reduced flows. |
| 09/05/2011 08:56 | 10.4 | 1 | Operator Error - Poor Operation | Restarted unit. Reduced flows. |
| 09/05/2011 12:49 | 10.8 | 10 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 09/09/2011 18:33 | 11.5 | 58 | Malfunction - Customer Packaging Error | Restarted unit. Contacted customer. |
| 09/11/2011 11:20 | 11.7 | 42 | Malfunction - Front Wall Punch | Restarted unit. Check punch logic. |
| 09/11/2011 21:38 | 10.4 | 11 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 09/16/2011 14:52 | 11.3 | 43 | Malfunction - Lance Slagging | Pressure washed lances. Restarted unit. |
| 09/26/2011 16:43 | 11.7 | 42 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 09/30/2011 22:18 | 17.8 | 60 | Malfunction - Lance Purge | Restarted unit. Cleared line. |
| | | 1758 | Total Minutes | |
| THC on Fuels | | | | |
| 07/08/2011 15:46 | 36.8 | 222 | Startup - Maintenance Outage | Adjusted burner |
| 07/21/2011 16:56 | 21.6 | 13 | Shutdown - Maintenance | Adjusted burner |
| 08/18/2011 08:00 | 25.6 | 1294 | Shutdown - Maintenance | Adjusted burner |
| | | 1529 | Total Minutes | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a)  Startup / shutdown:     1529
    b)  Control equipment problems:     406
    c)  Process Problems:     320
    d)  Other known causes:     763
    e)  Unknown causes:     269
2) Total duration of excess emissions:     3,287
3) Total duration of excess emissions X (100) / Total source operating time:     2.59%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a)  Monitor equipment malfunctions:     0
    b)  Non-Monitor equipment malfunctions:     0
    c)  Quality assurance calibration:     0
    d)  Other known causes:     0
    e)  Unknown causes:     0
2) Total CMS Downtime:     0
3) Total duration of downtime X (100) / Total source operating time:     0.00%

## B. Malfunctions

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**



HERITAGE-WTI, INC.
1250 St. George Street
East Liverpool, Ohio 43920-3400
Phone: 330-385-7337
Fax: 330-385-7813
Web Site: www.heritage-wti.com

OHSAS 18001: 2007
ISO 14001: 2004
ISO 9001: 2008

Mr. Eric Bewley
Division of Air Pollution Control
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

January 31, 2012
VIA AIR SERVICES

RE:    HERITAGE-WTI, INC
        QUARTERLY TITLE V REPORT
        FACILITY ID 02-15-02-0233
        4th Quarter 2011

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from **October 1, 2011 through December 31, 2011**.

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

Frank Murray
General Manager
Heritage-WTI, Inc.



Enclosure

2011
4th QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

January 31, 2012

## Section I – General Information

A. Facility Information

| Facility ID: | 02-15-02-0233 |
|---|---|
| Responsible Official's Name / Title: | Frank Murray<br>General Manager |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes        ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

## Section II – Certification

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**Frank Murray, General Manager**

Signature: _____

Date: 1/30/201____

## Section III – Title V Permit Quarterly Reporting Requirements

### A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

**F001 Reporting Requirements:**

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F002 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d.  *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e.  *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f.  *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a.  *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F004 Reporting Requirements:**

a.  *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P001 Reporting Requirements:**

a.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *Each day or week during which any visible emissions were observed and the corrective actions taken.*

**12/17/2011 - at approximately 1:00 p.m., a drum containing non-ferrous metal fines ignited and caught fire in the Drum Processing Building (DPB). This material in this container was being repackaged into smaller charges in preparation for incineration. The container involved in this incident contained various metals including zirconium, hafnium, and titanium in varying concentrations. The total weight of the container and the material involved was 934 pounds. All materials in the container as well as some nearby materials were consumed by the fire. Vapors emitted from incident were exhausted from the DPB through the building ventilation and vapor recovery systems. Less than 1000 pounds of material was involved in the incident. It is not likely that there was an impact on human health or the environment due to the inorganic nature of the material.**

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f. *Each day when the number of gallons loaded exceeded 44,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

g. *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

h. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

i. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

j. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

k. *Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

l. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

m. *Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **4th Quarter Excess Emissions Report**. An additional report titled **4th Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

## Kiln Temp Summary
Deviation = < 1718 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|------|--------------------|----------------|--------|-------------------|
|      |                    |                |        |                   |
|      |                    | 0              | Total Minutes |            |

## SCC Temp Summary
Deviation = <1747 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|------|--------------------|----------------|--------|-------------------|
|      |                    |                |        |                   |
|      |                    | 0              | Total Minutes |            |

## Opacity Summary
Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|------|-----------------|----------------|--------|-------------------|
| 10/01/2011 20:42 | 53.2 | 6 | Feed - Drum | Start Pink Plume Suppression |
| 10/03/2011 01:24 | 24.2 | 6 | Feed - Drum | Start Pink Plume Suppression |
| 11/02/2011 13:24 | 38.5 | 36 | Quarterly Stack Audit | Complete Testing |
|  |  | 12 | Total Minutes |  |

Opacity
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

   a) Startup / shutdown:     0
   b) Control equipment problems:     0
   c) Process Problems:     0
   d) Other known causes:     48
   e) Unknown causes:     0
2) Total duration of excess emissions:     48
3) Total duration of excess emissions X (100) / Total source operating time:     0.04%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

   a) Monitor equipment malfunctions:     0
   b) Non-Monitor equipment malfunctions:     0
   c) Quality assurance calibration:     637
   d) Other known causes:     0
   e) Unknown causes:     0
2) Total CMS Downtime:     637
3) Total duration of downtime X (100) / Total source operating time:     0.50%

## Sulfur Dioxide Summary
Deviation = >11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|------|------------------|----------------|--------|-------------------|
| 11/21/2011 16:55 | 12.0 | 14 | Start Up - Refractory Outage | Added Caustic to 3rd Stage |
| | | 14 | Total Minutes | |

Sulfur Dioxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      14
    b) Control equipment problems:      0
    c) Process Problems:      0
    d) Other known causes:      0
    e) Unknown causes:      0
2) Total duration of excess emissions:      0
3) Total duration of excess emissions X (100) / Total source operating time:      0.01%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      1,978
    d) Other known causes:      65
    e) Unknown causes:      0
2) Total CMS Downtime:      2,043
3) Total duration of downtime X (100) / Total source operating time:      1.61

## Nitrogen Oxides Summary
Deviation=>28.36 lbs/hr
124.23 Tons/year

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|------|---------------|----------------|--------|-------------------|
| 10/04/2011 19:05 | 34.1 | 139 | Feed - Drum | Reduced Feed Rates |
| 10/17/2011 07:49 | 31.9 | 26 | Feed - Drum | Reduced Feed Rates |
| 10/23/2011 12:31 | 29.7 | 17 | Feed - Drum | Reduced Feed Rates |
| 10/23/2011 14:13 | 30.1 | 9 | Feed - Drum | Reduced Feed Rates |
| 11/02/2011 16:57 | 28.6 | 7 | Feed - Drum | Reduced Feed Rates |
| 11/29/2011 01:19 | 30.1 | 23 | Feed - Drum | Reduced Feed Rates |
| 11/29/2011 20:48 | 28.6 | 7 | Feed - Drum | Reduced Feed Rates |
| 11/29/2011 21:03 | 28.4 | 3 | Feed - Drum | Reduced Feed Rates |
| 12/01/2011 12:39 | 31.3 | 26 | Feed - Drum | Reduced Feed Rates |
| 12/28/2011 22:58 | 28.6 | 17 | Feed - Drum | Reduced Feed Rates |
| | | 274 | Total Minutes | |

Nitrogen Oxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a) Startup / shutdown:      0
    b) Control equipment problems:      0
    c) Process Problems:      0
    d) Other known causes:      274
    e) Unknown causes:      0
2) Total duration of excess emissions:      274
3) Total duration of excess emissions X (100) / Total source operating time:      0.22%
CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      1,962
    d) Other known causes:      22
    e) Unknown causes:      0
2) Total CMS Downtime:      1,984
3) Total duration of downtime X (100) / Total source operating time:      1.56%

## Carbon Monoxide Summary
### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation |
|------|------|----------|-----------------------|
|      |      |          |                       |
|      |      |          |                       |
| Total CO emissions for the quarter: | | | |
|      |      | lbs | tons |
|      |      | 12313 | 6.16 |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a)  Startup / shutdown:                         N/A
    b)  Control equipment problems:    N/A
    c)  Process Problems:                     N/A
    d)  Other known causes:               N/A
    e)  Unknown causes:                  N/A
2) Total duration of excess emissions:       N/A
3) Total duration of excess emissions X (100) / Total source operating time:    N/A %

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a)  Monitor equipment malfunctions:    0
    b)  Non-Monitor equipment malfunctions:    0
    c)  Quality assurance calibration:    941
    d)  Other known causes:    10
    e)  Unknown causes:    0
2) Total CMS Downtime:    951
3) Total duration of downtime X (100) / Total source operating time:    0.75%

## Total Hydrocarbon Summary
### Deviation = > 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Cause Description | Corrective Action |
|------|-------------|----------------|--------|-------------------|-------------------|
| | | | | Waste | |
| 10/07/2011 23:33 | 11.1 | 41 | Operator Error - Feed Prep | Improper feed prep led to por combustion and THC. | Reduced charges. Restarted unit. |
| 10/16/2011 18:02 | 14.2 | 59 | Operator Error - Feed Prep | Improper feed prep led to por combustion and THC. | Reduced charges. Restarted unit. |
| 10/31/2011 02:05 | 10.5 | 53 | Operator Error - Feed Prep | Improper feed prep led to por combustion and THC. | Reduced charges. Restarted unit. |
| 11/05/2011 18:25 | 19.1 | 57 | Malfunction - Lance Purging | Automatic purging of sludge lance caused THC event. | Cleared lance. Restarted unit. |
| 11/06/2011 00:57 | 11.0 | 57 | Operator Error - Feed Prep | Improper feed prep led to por combustion and THC. | Spread out charges. Restarted unit. |
| 11/22/2011 12:15 | 12.1 | 49 | Operator Error - Feed Prep | Improper feed prep led to por combustion and THC. | Reduced charges. Restarted unit. |
| 11/22/2011 17:49 | 11.6 | 26 | Malfunction - Combustion Anomaly | Unexpected and unpreventable combustion upset caused THC. | Reviewed waste feeds. Restarted unit. |
| 11/23/2011 04:47 | 10.2 | 4 | Malfunction - Combustion Anomaly | Unexpected and unpreventable combustion upset caused THC. | Reviewed waste feeds. Restarted unit. |
| 12/01/2011 15:10 | 11.7 | 30 | Malfunction - Clinker Fell | Ash fall from SCC into quench caused combustion upset. | Restarted unit. |
| 12/07/2011 20:23 | 12.1 | 33 | Malfunction - Emergency Reponse | Emergency incineration of reacting materials led to THC event. | Restarted unit. |
| 12/13/2011 19:27 | 18.4 | 60 | Operator Error - Feed mix | Poor feed mix caused THC exceedance. | Spread out waste stream. Restart unit. |
| | | 469 | Total Minutes | | |
| | | | | Fuels | |
| 10/27/2011 07:21 | 13.5 | 38 | Start Up - Scrubber Maintenance | Gas burner fuel /air ratio not optimal. | Adjusted burner. |
| 11/20/2011 19:33 | 249.6 | 357 | Start Up - Refractory Outage | Gas burner fuel /air ratio not optimal. | Adjusted burner. |
| | | 395 | Total Minutes | | |
| | | | | | |
| | | 0 | Total Minutes in Exceedance | | |
| | | 11 | Number of Events | | |
| | | | | | |
| | | | Total Emissions for the Quarter | | |
| | | 374 | (LBS) | | |
| | | 0.19 | (Tons) | | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:                      395
    b) Control equipment problems:       0
    c) Process Problems:                    87
    d) Other known causes:                352
    e) Unknown causes:                   30

| 2) Total duration of excess emissions: | 864 |
| 3) Total duration of excess emissions X (100) / Total source operating time: | 0.68% |

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

| a) Monitor equipment malfunctions: | 0 |
| b) Non-Monitor equipment malfunctions: | 0 |
| c) Quality assurance calibration: | 0 |
| d) Other known causes: | 0 |
| e) Unknown causes: | 0 |
| 2) Total CMS Downtime: | 0 |
| 3) Total duration of downtime X (100) / Total source operating time: | 0.00% |

## B. Malfunctions

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**

Bcc:  Env. Department

ECF:  Air Quarterly Reporting / Title V Permit / Deviation Report

FILE NAME:    environ/vince/Title V quarterly and Semi/114Q/T5 q rep114Q.doc



HERITAGE-WTI

HERITAGE-WTI, INC.
1250 St. George Street
East Liverpool, Ohio 43920-3400
Phone: 330-385-7337
Fax: 330-385-7813
Web Site: www.heritage-wti.com

OHSAS 18001: 2007
ISO 14001: 2004
ISO 9001: 2008

Mr. Eric Bewley
Division of Air Pollution Control
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

April 30, 2012
VIA AIR SERVICES

RE:  HERITAGE-WTI, INC
     QUARTERLY TITLE V REPORT
     FACILITY ID 02-15-02-0233
     1st Quarter 2012

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from **January 1, 2012 through March 31, 2012.**

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

Frank Murray
General Manager
Heritage-WTI, Inc.

Recycled Paper

Enclosure

2012
1st QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

April 30, 2012

## Section I – General Information

A. Facility Information

| | |
|---|---|
| Facility ID: | 02-15-02-0233 |
| Responsible Official's Name / Title: | Frank Murray General Manager |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes    ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

## Section II – Certification

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**Frank Murray, General Manager**

Signature: _Frank Murray_

Date: 4/16/12

## Section III – Title V Permit Quarterly Reporting Requirements

### A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

### F001 Reporting Requirements:

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

### F002 Reporting Requirements:

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f. *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F004 Reporting Requirements:**

a.  *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P001 Reporting Requirements:**

a.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

.

c.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *Each day or week during which any visible emissions were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f. *Each day when the number of gallons loaded exceeded 44,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

g. *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

h. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

i. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

*j.  Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

*k.  Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

*l.  Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

*m.  Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **4th Quarter Excess Emissions Report**. An additional report titled **4th Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

### Kiln Temp Summary
**Deviation = < 1718 F 1-hr avg.**

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 01/31/2012 03:17 | 1103.2 | 82 | Malfunction - Prior AWFCO (Clinker) | Restarted unit and regained temperature. |
| 02/28/2012 06:44 | 1676.5 | 43 | Malfunction - Instrument | Replaced controller. WO# 120973. Restarted unit. |
| 03/24/2012 04:19 | 1144.7 | 64 | Malfunction - Ring Jets | Repaired ring jets. Restarted unit. |
| | | 189 | Total Minutes | |

### SCC Temp Summary
**Deviation = <1747 F 1-hr avg.**

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 01/31/2012 03:18 | 1072.1 | 85 | Malfunction - Prior AWFCO (Clinker) | Restarted unit and regained temperature. |
| 02/28/2012 06:34 | 1585.2 | 76 | Malfunction - Instrument | Replaced controller. WO# 120973. Restarted unit. |
| 03/24/2012 04:14 | 934.5 | 69 | Malfunction - Ring Jets | Repaired ring jets. Restarted unit. |
| | | 230 | Total Minutes | |

## Opacity Summary
Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 01/05/2012 05:24 | 27.7 | 6 | Feed - Drum | Reduced Feed Rates |
| 01/11/2012 09:12 | 22.84 | 12 | Quarterly Stack Audit | Complete Testing |
| 01/11/2012 09:48 | 40.57 | 12 | Quarterly Stack Audit | Complete Testing |
| 01/13/2012 06:54 | 27.2 | 6 | Feed - Drum | Reduced Feed Rates |
| 01/14/2012 21:12 | 35.8 | 6 | Feed - Drum | Reduced Feed Rates |
| 02/06/2012 06:06 | 33.8 | 6 | Feed - Drum | Reduced Feed Rates |
| 02/10/2012 06:42 | 34.8 | 6 | Feed - Drum | Reduced Feed Rates |
| 02/10/2012 19:12 | 26.3 | 6 | Feed - Drum | Reduced Feed Rates |
| 03/23/2012 12:42 | 85.8 | 24 | Malfunction - Ring Jets | Repaired ring jets. |
| 03/23/2012 13:24 | 22.1 | 6 | Malfunction - Ring Jets | Repaired ring jets. |
|  |  | 90 | Total Minutes |  |

Opacity
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0
    b) Control equipment problems:      30
    c) Process Problems:      0
    d) Other known causes:      60
    e) Unknown causes:      0
2) Total duration of excess emissions:      90
3) Total duration of excess emissions X (100) / Total source operating time:      0.07%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      637
    d) Other known causes:      0
    e) Unknown causes:      0
2) Total CMS Downtime:      637
3) Total duration of downtime X (100) / Total source operating time:      0.51

## Sulfur Dioxide Summary
Deviation = >11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 01/03/2012 06:19 | 14.3 | 38 | Feed - Drum | Reduced Feed Rates |
| 01/03/2012 09:16 | 15.6 | 48 | Feed - Drum | Reduced Feed Rates |
| 01/13/2012 06:12 | 16.5 | 70 | Feed - Drum | Reduced Feed Rates |
| 02/06/2012 06:25 | 18.4 | 46 | Feed - Drum | Reduced Feed Rates |
| 02/10/2012 06:49 | 20.2 | 41 | Feed - Drum | Reduced Feed Rates |
| 02/17/2012 07:21 | 11.5 | 10 | Feed - Drum | Reduced Feed Rates |
| 02/24/2012 21:50 | 17.3 | 49 | Feed - Lance | Reduced Feed Rates |
| 03/16/2012 23:50 | 11.6 | 6 | Feed - Drum | Reduced Feed Rates |
| 03/23/2012 20:50 | 11.9 | 6 | Feed - Drum | Reduced Feed Rates |
| | | 314 | Total Minutes | |

Sulfur Dioxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0
    b) Control equipment problems:      0
    c) Process Problems:      0
    d) Other known causes:      314
    e) Unknown causes:      0
2) Total duration of excess emissions:      0
3) Total duration of excess emissions X (100) / Total source operating time:      0.25%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      1,953
    d) Other known causes:      1,633
    e) Unknown causes:      0
2) Total CMS Downtime:      3,586
3) Total duration of downtime X (100) / Total source operating time:      2.86

## Nitrogen Oxides Summary
Deviation= >28.36 lbs/hr
124.23 Tons/year

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 01/14/2012 08:57 | 42.8 | 172 | Feed - Lance | Adjusted Feed Rates |
| 01/14/2012 12:45 | 44.2 | 349 | Feed - Lance | Adjusted Feed Rates |
| 02/10/2012 05:36 | 30.1 | 18 | Feed - Drum | Adjusted Feed Rates |
| 02/12/2012 12:23 | 33.8 | 116 | Feed - Drum | Adjusted Feed Rates |
| 02/20/2012 23:10 | 29.0 | 9 | Feed - Drum | Adjusted Feed Rates |
| 02/23/2012 10:16 | 28.6 | 13 | Feed - Drum | Adjusted Feed Rates |
| 03/04/2012 19:00 | 29.1 | 19 | Feed - Drum | Adjusted Feed Rates |
| 03/04/2012 19:22 | 28.5 | 4 | Feed - Drum | Adjusted Feed Rates |
| 03/06/2012 07:21 | 30.2 | 8 | Feed - Drum | Adjusted Feed Rates |
| 03/11/2012 13:21 | 28.4 | 1 | Feed - Drum | Adjusted Feed Rates |
| 03/13/2012 09:17 | 28.5 | 3 | Feed - Drum | Adjusted Feed Rates |
| 03/13/2012 09:27 | 28.7 | 9 | Feed - Drum | Adjusted Feed Rates |
| 03/16/2012 22:22 | 30.0 | 27 | Feed - Drum | Adjusted Feed Rates |
| 03/22/2012 17:24 | 28.5 | 3 | Feed - Drum | Adjusted Feed Rates |
| 03/22/2012 21:54 | 32.1 | 60 | Feed - Drum | Adjusted Feed Rates |
| 03/25/2012 06:49 | 28.5 | 3 | Feed - Drum | Adjusted Feed Rates |
| | | 814 | Total Minutes | |

Nitrogen Oxide

Emission Data Summary:

1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0

    b) Control equipment problems:      0

    c) Process Problems:      0

    d) Other known causes:      814

    e) Unknown causes:      0

2) Total duration of excess emissions:      274

3) Total duration of excess emissions X (100) / Total source operating time:      0.65%

CMS Performance Summary:

1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0

    b) Non-Monitor equipment malfunctions:      0

    c) Quality assurance calibration:      1,953

    d) Other known causes:      1,639

    e) Unknown causes:      0

2) Total CMS Downtime:      3,592

3) Total duration of downtime X (100) / Total source operating time:      2.86%

## Carbon Monoxide Summary
#### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation |
|------|------|----------|----------------------|
|  |  |  |  |
|  |  |  |  |
| Total CO emissions for the quarter: | | | |
|  |  | lbs | tons |
|  |  | 9790 | 4.89 |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
   a) Startup / shutdown:         N/A
   b) Control equipment problems:     N/A
   c) Process Problems:         N/A
   d) Other known causes:       N/A
   e) Unknown causes:         N/A
2) Total duration of excess emissions:     N/A
3) Total duration of excess emissions X (100) / Total source operating time:     N/A %


CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
   a) Monitor equipment malfunctions:     0
   b) Non-Monitor equipment malfunctions:     0
   c) Quality assurance calibration:     960
   d) Other known causes:     23
   e) Unknown causes:     0
2) Total CMS Downtime:     983
3) Total duration of downtime X (100) / Total source operating time:     0.78%

## Total Hydrocarbon Summary
### Deviation => 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| Waste | | | | |
| 01/01/2012 13:13 | 15.2 | 60 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| 01/04/2012 22:11 | 19.6 | 60 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| 01/14/2012 11:03 | 14.9 | 59 | Malfunction - Lance Purge | Cleared line. Restarted unit. |
| 01/25/2012 12:10 | 15.6 | 60 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| 02/19/2012 19:28 | 10.1 | 21 | Malfunction - Lance purge | Cleared lance. Restarted unit. |
| 02/27/2012 14:34 | 23.4 | 61 | Malfunction - Instrument | Repaired thermocouple. WO#120943. Restarted unit. |
| 03/11/2012 04:11 | 15.6 | 60 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 03/22/2012 02:06 | 11.3 | 58 | Malfunction - Lance Purge | WO#121325. Rebuilt pump. Started unit. |
| 03/24/2012 04:34 | 35.9 | 49 | Malfunction - Ring Jets | Repaired ring jets. Restarted unit. |
| 03/25/2012 13:24 | 11.8 | 44 | Operator Error - Combustion Air | Increased air flow. Restarted unit. |
| | | 532 | Total Minutes | |
| Fuels | | | | |
| 01/23/2012 13:43 | 40.8 | 64 | Start-up - Maintenance Outage | Adjust burner. |
| 01/23/2012 16:30 | 30.9 | 68 | Start-up - Maintenance Outage | Adjust burner. |
| 03/24/2012 19:00 | 910.9 | 43 | Start-up - Maintenance Outage | Adjust burner. |
| 03/24/2012 19:56 | 910.9 | 100 | Start-up - Maintenance Outage | Adjust burner. |
| 03/24/2012 21:43 | 910.9 | 71 | Start-up - Maintenance Outage | Adjust burner. |
| 03/27/2012 14:07 | 581.6 | 137 | Start-up - Maintenance Outage | Adjust burner. |
| | | 483 | Total Minutes | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:     483
    b) Control equipment problems:     248
    c) Process Problems:     0
    d) Other known causes:     224
    e) Unknown causes:     60

2) Total duration of excess emissions:     1,015
3) Total duration of excess emissions X (100) / Total source operating time:     0.81%

CMS Performance Summary:

1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:              0

    b) Non-Monitor equipment malfunctions:     0

    c) Quality assurance calibration:                0

    d) Other known causes:                     0

    e) Unknown causes:                          0

2) Total CMS Downtime:                        0

3) Total duration of downtime X (100) / Total source operating time:        0.00%

## B. Malfunctions

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**

Bcc:    Env. Department

ECF:    Air Quarterly Reporting / Title V Permit / Deviation Report

FILE NAME:    environ/vince/Title V quarterly and Semi/121Q/T5 q rep121Q.doc


# HERITAGE-WTI

HERITAGE-WTI, INC.
1250 St. George Street
East Liverpool, Ohio 43920-3400
Phone: 330-385-7337
Fax: 330-385-7813
Web Site: www.heritage-wti.com

OHSAS 18001: 2007
ISO 14001: 2004
ISO 9001: 2008

Mr. Eric Bewley
Division of Air Pollution Control
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

July 31, 2012
VIA AIR SERVICES

RE:     HERITAGE-WTI, INC
        QUARTERLY TITLE V REPORT
        FACILITY ID 02-15-02-0233
        2nd Quarter 2012

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from **April 1, 2012 through June 30, 2012**.

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

Frank Murray
General Manager
Heritage-WTI, Inc.

Recycled Paper

2012
2nd QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

July 31, 2012

**Section I – General Information**

A. Facility Information

| | |
|---|---|
| Facility ID: | 02-15-02-0233 |
| Responsible Official's Name / Title: | Frank Murray General Manager |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes          ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

**Section II – Certification**

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**Frank Murray, General Manager**

Signature: _____

Date: 7 | 13 | 2012

**Section III – Title V Permit Quarterly Reporting Requirements**

### A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

**F001 Reporting Requirements:**

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F002 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f. *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F004 Reporting Requirements:**

a. *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P001 Reporting Requirements:**

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d.  *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e.  *Each day or week during which any visible emissions were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f.  *Each day when the number of gallons loaded exceeded 44,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

g.  *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

h.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

i.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

j.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

k.  *Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

l.  *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

m.  *Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**


**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **2nd Quarter Excess Emissions Report**. An additional report titled **2nd Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

### Kiln Temp Summary
Deviation = < 1718 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/06/2012 08:19 | 1022.2 | 130 | Malfunction - Ring Jet Pump | Replaced check valve. Restarted unit. |
| | | 130 | Total Minutes | |

### SCC Temp Summary
Deviation = <1747 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/06/2012 08:19 | 874.2 | 130 | Malfunction - Ring Jet Pump | Replaced check valve. Restarted unit. |
| 05/30/2012 23:35 | 1705.7 | 45 | Malfunction - Instrument | Replaced Transmitter. Restarted unit. |
| 06/04/2012 19:44 | 1744.9 | 3 | Malfunction - Power Failure | Power restored. Unit restarted. |
| 06/04/2012 19:49 | 1744.7 | 5 | Malfunction - Power Failure | Power restored. Unit restarted. |
| | | 183 | Total Minutes | |

## Opacity Summary
Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|------|------|------|------|------|
| 04/03/2012 12:30 | 46.9 | 12 | Waste Feed | Reduced feeds. Restarted unit. |
| 04/06/2012 08:30 | 26.7 | 24 | Malfunction - Ring Jet Pump | Replaced pump. Restarted unit. |
| 04/19/2012 13:30 | 49.2 | 30 | Quaterly Stack Audit | None |
| | | 66 | Total Minutes | |

Opacity
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:      0
    b) Control equipment problems:      24
    c) Process Problems:      0
    d) Other known causes:      42
    e) Unknown causes:      0

2) Total duration of excess emissions:      66
3) Total duration of excess emissions X (100) / Total source operating time:      0.05%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      649
    d) Other known causes:      0
    e) Unknown causes:      0

2) Total CMS Downtime:      649
3) Total duration of downtime X (100) / Total source operating time:      0.52

## Sulfur Dioxide Summary
Deviation = >11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/08/2012 11:17 | 12.1 | 36 | Waste Feeds | Reduced Feed Rates |
| 06/13/2012 05:48 | 11.8 | 4 | Waste Feeds | Reduced Feed Rates |
| | | 40 | Total Minutes in Exceedance | |
| | | 2 | Number of Events | |
| | | | | |
| | | | Total Emissions for the Quarter | |
| | | 1176 | (LBS) | |
| | | 0.59 | (Tons) | |

Sulfur Dioxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a) Startup / shutdown:                                       0
    b) Control equipment problems:                         0
    c) Process Problems:                                       0
    d) Other known causes:                                 40
    e) Unknown causes:                                     0
2) Total duration of excess emissions:                   40
3) Total duration of excess emissions X (100) / Total source operating time:     0.03%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a) Monitor equipment malfunctions:                     0
    b) Non-Monitor equipment malfunctions:            0
    c) Quality assurance calibration:                       1,969
    d) Other known causes:                                 3,153
    e) Unknown causes:                                   0
2) Total CMS Downtime:                               5,122
3) Total duration of downtime X (100) / Total source operating time:     4.10%

## Nitrogen Oxides Summary
Deviation=>28.36 lbs/hr
124.23 Tons/year

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 04/04/2012 02:54 | 28.5 | 5 | Feed - Lance | Reduced Feed Rates |
| 04/11/2012 07:09 | 28.7 | 7 | Feed - Lance | Reduced Feed Rates |
| 04/17/2012 19:50 | 30.1 | 30 | Feed - Lance | Reduced Feed Rates |
| 04/28/2012 10:13 | 29.6 | 29 | Feed - Lance | Reduced Feed Rates |
| 04/28/2012 11:13 | 32.2 | 55 | Feed - Lance | Reduced Feed Rates |
| 04/28/2012 13:05 | 28.8 | 15 | Feed - Lance | Reduced Feed Rates |
| 04/29/2012 01:15 | 31.3 | 30 | Feed - Lance | Reduced Feed Rates |
| 04/29/2012 01:56 | 30.3 | 17 | Feed - Lance | Reduced Feed Rates |
| 04/29/2012 08:57 | 36.3 | 57 | Feed - Lance | Reduced Feed Rates |
| 04/29/2012 14:13 | 30.2 | 41 | Feed - Lance | Reduced Feed Rates |
| 04/29/2012 20:38 | 29.5 | 11 | Feed - Lance | Reduced Feed Rates |
| 04/30/2012 15:48 | 32.1 | 32 | Feed - Lance | Reduced Feed Rates |
| 04/30/2012 21:35 | 29.4 | 23 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 06:25 | 30.2 | 22 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 07:56 | 35.5 | ·59 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 12:26 | 31.3 | 85 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 14:02 | 28.5 | 5 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 17:38 | 31.4 | 50 | Feed - Lance | Reduced Feed Rates |
| 05/01/2012 22:46 | 29.3 | 24 | Feed - Lance | Reduced Feed Rates |
| 05/02/2012 06:15 | 31.8 | 58 | Feed - Lance | Reduced Feed Rates |
| 05/02/2012 19:56 | 28.4 | 2 | Feed - Lance | Reduced Feed Rates |
| 05/02/2012 23:38 | 28.6 | 8 | Feed - Lance | Reduced Feed Rates |
| 05/03/2012 03:23 | 32.9 | 59 | Feed - Lance | Reduced Feed Rates |
| 05/03/2012 08:17 | 29.7 | 17 | Feed - Lance | Reduced Feed Rates |
| 05/05/2012 17:56 | 28.7 | 8 | Feed - Lance | Reduced Feed Rates |
| 05/06/2012 07:16 | 32.4 | 33 | Feed - Lance | Reduced Feed Rates |
| 05/06/2012 18:15 | 29.2 | 23 | Feed - Lance | Reduced Feed Rates |
| 05/07/2012 04:34 | 30.9 | 18 | Feed - Lance | Reduced Feed Rates |
| 05/08/2012 10:09 | 38.3 | 134 | Feed - Lance | Reduced Feed Rates |
| 05/08/2012 13:24 | 30.3 | 30 | Feed - Lance | Reduced Feed Rates |
| 05/08/2012 16:19 | 34.0 | 121 | Feed - Lance | Reduced Feed Rates |
| 05/09/2012 09:02 | 30.0 | 21 | Feed - Lance | Reduced Feed Rates |
| 05/11/2012 22:10 | 31.3 | 45 | Feed - Lance | Reduced Feed Rates |

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 05/12/2012 04:37 | 29.9 | 37 | Feed - Lance | Reduced Feed Rates |
| 05/14/2012 02:12 | 30.0 | 43 | Feed - Lance | Reduced Feed Rates |
| 05/14/2012 07:14 | 28.8 | 6 | Feed - Lance | Reduced Feed Rates |
| 05/14/2012 21:40 | 29.4 | 13 | Feed - Lance | Reduced Feed Rates |
| 05/18/2012 07:05 | 29.1 | 7 | Feed - Lance | Reduced Feed Rates |
| 05/22/2012 22:45 | 29.1 | 11 | Feed - Lance | Reduced Feed Rates |
| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
| 05/25/2012 07:37 | 29.0 | 29 | Feed - Lance | Reduced Feed Rates |
| 05/25/2012 17:27 | 29.1 | 16 | Feed - Lance | Reduced Feed Rates |
| 05/26/2012 01:57 | 34.4 | 57 | Feed - Lance | Reduced Feed Rates |
| 05/26/2012 21:53 | 37.0 | 72 | Feed - Lance | Reduced Feed Rates |
| 05/28/2012 15:46 | 29.2 | 10 | Feed - Lance | Reduced Feed Rates |
| 05/28/2012 16:24 | 31.9 | 14 | Feed - Lance | Reduced Feed Rates |
| 05/29/2012 03:46 | 29.7 | 42 | Feed - Lance | Reduced Feed Rates |
| 05/29/2012 11:43 | 29.3 | 10 | Feed - Lance | Reduced Feed Rates |
| 05/29/2012 17:10 | 32.2 | 44 | Feed - Lance | Reduced Feed Rates |
| 05/30/2012 09:45 | 29.5 | 24 | Feed - Lance | Reduced Feed Rates |
| 05/30/2012 12:15 | 30.4 | 32 | Feed - Lance | Reduced Feed Rates |
| 06/02/2012 07:56 | 36.1 | 92 | Feed - Lance | Reduced Feed Rates |
| 06/02/2012 20:47 | 39.8 | 82 | Feed - Lance | Reduced Feed Rates |
| 06/03/2012 00:04 | 32.3 | 53 | Feed - Lance | Reduced Feed Rates |
| 06/03/2012 12:03 | 28.4 | 1 | Feed - Lance | Reduced Feed Rates |
| 06/04/2012 00:14 | 29.3 | 13 | Feed - Lance | Reduced Feed Rates |
| 06/04/2012 18:57 | 35.7 | 84 | Feed - Lance | Reduced Feed Rates |
| 06/05/2012 15:41 | 30.8 | 48 | Feed - Lance | Reduced Feed Rates |
| 06/07/2012 07:02 | 32.2 | 47 | Feed - Lance | Reduced Feed Rates |
| 06/09/2012 00:33 | 31.9 | 36 | Feed - Lance | Reduced Feed Rates |
| 06/09/2012 12:48 | 28.5 | 10 | Feed - Lance | Reduced Feed Rates |
| 06/10/2012 03:55 | 28.6 | 15 | Feed - Lance | Reduced Feed Rates |
| 06/13/2012 08:47 | 29.0 | 11 | Feed - Lance | Reduced Feed Rates |
| 06/17/2012 06:47 | 32.0 | 23 | Feed - Lance | Reduced Feed Rates |
| 06/21/2012 17:42 | 28.8 | 19 | Feed - Lance | Reduced Feed Rates |
| 06/22/2012 12:59 | 29.9 | 35 | Feed - Lance | Reduced Feed Rates |
| 06/25/2012 06:00 | 30.5 | 8 | Feed - Lance | Reduced Feed Rates |
| 06/28/2012 15:35 | 31.1 | 58 | Feed - Lance | Reduced Feed Rates |
| | | 2276 | Total Minutes in Exceedance | |
| | | 67 | Number of Events | |
| | | | | |
| | | | Total Emissions for the Quarter | |
| | | 43926 | (LBS) | |
| | | 21.96 | (Tons) | |

Nitrogen Oxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:     0
    b) Control equipment problems:     0
    c) Process Problems:     0
    d) Other known causes:     2276
    e) Unknown causes:     0

2) Total duration of excess emissions:     2276
3) Total duration of excess emissions X (100) / Total source operating time:     1.82%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:     0
    b) Non-Monitor equipment malfunctions:     0
    c) Quality assurance calibration:     1,969
    d) Other known causes:     183
    e) Unknown causes:     0

2) Total CMS Downtime:     2,152
3) Total duration of downtime X (100) / Total source operating time:     1.72%

## Carbon Monoxide Summary
### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation | Reason | Corrective Action |
|---|---|---|---|---|---|
| | | | | | |
| Total CO emissions for the quarter: | | | | | |
| | | lbs | tons | | |
| | | 14678 | 7.34 | | |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a)  Startup / shutdown:               N/A
    b)  Control equipment problems:      N/A
    c)  Process Problems:              N/A
    d)  Other known causes:           N/A
    e)  Unknown causes:              N/A
2) Total duration of excess emissions:          N/A
3) Total duration of excess emissions X (100) / Total source operating time:      N/A %


CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a)  Monitor equipment malfunctions:      0
    b)  Non-Monitor equipment malfunctions:      0
    c)  Quality assurance calibration:      960
    d)  Other known causes:           26
    e)  Unknown causes:              0
2) Total CMS Downtime:          986
3) Total duration of downtime X (100) / Total source operating time:      0.79%

## Total Hydrocarbon Summary
Deviation => 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| Waste | | | | |
| 04/02/2012 17:07 | 11.0 | 3 | Operator Error - Line Purge | Restarted unit. |
| 04/06/2012 08:38 | 21.7 | 111 | Malfunction - Ring Jet Pump | Replaced check valve. Restarted unit. |
| 04/16/2012 10:14 | 11.7 | 58 | Malfunction - Front Wall Burner | Adjusted air damper. Restarted unit. |
| 04/17/2012 16:43 | 27.6 | 60 | Operator Error - Feed Mix | Reduced waste feeds. Restarted unit. |
| 04/18/2012 00:47 | 15.9 | 60 | Operator Error - Feed Prep | Removed waste from mix. Restarted unit. |
| 04/18/2012 02:32 | 30.9 | 65 | Operator Error - Feed Prep | Removed waste from mix. Restarted unit. |
| 04/18/2012 07:40 | 21.4 | 61 | Operator Error - Feed Prep | Removed waste from mix. Restarted unit. |
| 04/18/2012 09:03 | 14.4 | 57 | Operator Error - Feed Prep | Removed waste from mix. Restarted unit. |
| 04/18/2012 16:42 | 14.0 | 59 | Operator Error - Feed Prep | Removed waste from mix. Restarted unit. |
| 04/20/2012 09:00 | 10.2 | 35 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 04/28/2012 10:43 | 10.4 | 23 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 04/29/2012 08:40 | 28.6 | 60 | Malfunction - Customer Packaging Error | Contacted customer. Restarted unit. |
| 04/30/2012 07:43 | 23.4 | 61 | Operator Error - Feed Size | Removed waste stream from mix. |
| 04/30/2012 08:52 | 38.0 | 62 | Operator Error - Feed Size | Removed waste stream from mix. |
| 05/03/2012 19:33 | 10.1 | 29 | Operator Error - Feed Size | Restarted unit. Reduced charge size. |
| 05/05/2012 20:15 | 15.7 | 59 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 05/11/2012 13:15 | 22.5 | 61 | Malfunction - Lance Purge | Cleared lance. Restarted unit. |
| 05/11/2012 20:05 | 12.3 | 54 | Operator Error - Feed Size | Restarted unit. Reduced charge size. |
| 05/12/2012 14:40 | 22.4 | 60 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 05/13/2012 21:41 | 21.9 | 60 | Operator Error - Feed Size | Restarted unit. Reduced charge size. |
| 05/14/2012 19:38 | 18.0 | 60 | Operator Error - Lance Feed | Restarted unit. Reduced flow. |
| 05/15/2012 18:52 | 12.4 | 35 | Malfunction - Lance Purge | Restarted unit. Cleared lance. |
| 05/16/2012 10:23 | 14.6 | 50 | Operator Error - Feed Mix | Restarted unit. Reduced feeds. |
| 05/24/2012 07:14 | 18.6 | 59 | Operator Error - Feed Size | Restarted unit. Reduced charge size. |
| 05/29/2012 16:52 | 11.3 | 57 | Operator Error - Feed Size | Restarted unit. Reduced charge size. |
| 06/01/2012 03:19 | 11.1 | 53 | Operator Error - Waste Inspection | Restarted unit. Program logic changed. |
| 06/05/2012 05:04 | 10.4 | 12 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 06/19/2012 08:55 | 10.4 | 19 | Malfunction - Instrument | Restarted computer. Restarted unit. |
| 06/19/2012 10:28 | 16.9 | 59 | Operator Error - Data Quality | Restart unit. Correct data problem. |
| 06/20/2012 10:58 | 10.4 | 2 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 06/22/2012 19:17 | 10.2 | 16 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| 06/26/2012 23:13 | 28.7 | 61 | Operator Error - Feed Prep | Reduced charge size. Restarted unit. |
| | | 1581 | Minutes in Exceedance on Waste | |

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| Fuels | | | | |
| 04/07/2012 01:07 | 50.1 | 112 | Start-up | Adjusted Burner |
| 04/23/2012 16:44 | 19.2 | 13 | Start-up | Adjusted Burner |
| 04/25/2012 16:04 | 14.4 | 435 | Start-up | Adjusted Burner |
| 05/10/2012 15:53 | 17.3 | 36 | Start-up | Adjusted Burner |
| 05/24/2012 19:54 | 34.3 | 118 | Start-up | Adjusted Burner |
| | | 714 | Minutes in Exceedance on Fuels | |
| | | 2295 | Total Minutes in Exceedance | |
| | | 32 | Number of Events | |
| | | | | |
| | | | Total Emissions for the Quarter | |
| | | 476 | (LBS) | |
| | | 0.24 | (Tons) | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
   a)  Startup / shutdown:     714
   b)  Control equipment problems:     188
   c)  Process Problems:     96
   d)  Other known causes:     1106
   e)  Unknown causes:     191
2) Total duration of excess emissions:     2,295
3) Total duration of excess emissions X (100) / Total source operating time:     1.84%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
   a)  Monitor equipment malfunctions:     0
   b)  Non-Monitor equipment malfunctions:     0
   c)  Quality assurance calibration:     0
   d)  Other known causes:     0
   e)  Unknown causes:     0
2) Total CMS Downtime:     0
3) Total duration of downtime X (100) / Total source operating time:     0.00%

**B. Malfunctions**

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**

Bcc:    Env. Department

ECF:    Air Quarterly Reporting / Title V Permit / Deviation Report

FILE NAME:    environ/vince/Title V quarterly and Semi/122Q/T5 q rep122Q.doc



# HERITAGE-WTI

---

HERITAGE-WTI, INC.
1250 St. George Street
East Liverpool, Ohio 43920-3400
Phone: 330-385-7337
Fax: 330-385-7813
Web Site: www.heritage-wti.com

OHSAS 18001: 2007
ISO 14001: 2004
ISO 9001: 2008

Mr. Eric Bewley
Division of Air Pollution Control
Northeast District Office
2110 East Aurora Road
Twinsburg, Ohio 44087

October 31, 2012
VIA AIR SERVICES

RE:     HERITAGE-WTI, INC
        QUARTERLY TITLE V REPORT
        FACILITY ID 02-15-02-0233
        3rd Quarter 2012

Dear Mr. Bewley:

Enclosed is Heritage-WTI, Inc's Quarterly Title V Report required by Section A(c)(ii) of WTI's Title V permit. This report covers the quarterly time period from **July 1, 2012 through September 30, 2012**.

This report reflects monitoring and reporting requirements outlined in the facility Permits to Install 02-18743 and 02-20067 as well as the Heritage-WTI Title V Permit #P0084372. Please note that the installation of emissions unit P006 has not been completed and will not be completed as described in Permit to Install #P0103856. As a result, Heritage-WTI allowed this PTI to expire on March 25, 2010. It is no longer included in this report.

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are certain penalties for submitting false information including the possibility of fine and imprisonment for knowing violations."

As always if you have any questions and/or comments feel free to contact me, or Vince Waggle, at 330-385-7337.

Sincerely,

John Avdellas
Vice-President
Heritage-WTI, Inc.


Recycled Paper

Enclosure

2012
3rd QUARTER
TITLE V REPORT

FOR

HERITAGE-WTI, INC

October 31, 2012

## Section I – General Information

A. Facility Information

| | |
|---|---|
| Facility ID: | 02-15-02-0233 |
| Responsible Official's Name / Title: | John Avdellas<br>Vice President |
| Street Address: | 1250 Saint George Street |
| City: | East Liverpool |
| State: | Ohio |
| Zip Code: | 43920 |
| Facility Name: | Heritage-WTI, Inc |
| Facility Local Contact Name: | Local contact is the same information as given above. |

B. Relevant standard(s) or other requirement(s) that is/are the basis for this report:

OAC rule 3745-77-07(A)(3) – Monitoring and related recordkeeping and reporting requirements

C. Are you requesting a waiver of recordkeeping and/or reporting requirements under the applicable relevant standard(s) in conjunction with this report?

☐ Yes ☒ No

If you answered yes, you must submit the application for a waiver of recordkeeping and/or reporting requirements together with this report. The application for waiver should include whatever information you consider useful to convince the Administrator that a waiver of recordkeeping or recording is warranted. (63.10(f)(3)

## Section II – Certification

Based upon information and belief formed after a reasonable inquiry, I as a responsible official of the above-mentioned facility, certify the information contained in this report is accurate and true to the best of my knowledge.

**John Avdellas, Vice President**

Signature:_____

Date: 10/25/12

## Section III – Title V Permit Quarterly Reporting Requirements

### A. Deviation Reporting

Emission units **F001** (Paved and Unpaved Roadways and Parking Areas), **F002** (Loose Solid Waste Receiving and Handling), **F004** (Pneumatic Lime and Activated Charcoal Handling System), and **N001** (Hazardous Waste Incinerator), **P001** (Container Processing) **P003** (Tanker Transfer Station – Bay 2), **P004** (Tanker Transfer Station – Bay 3), and **P005** (Direct Tanker Transfer Station –East Bay) have quarterly deviation reporting requirements as defined by Heritage-WTI's Title V Permit # P0084372.

Emission unit **B006** requires deviation reports to be sent to OEPA- NEDO within 30 days of becoming aware of an occurrence.

### F001 Reporting Requirements:

a. *Each day during which an inspection was not performed by the required frequency, excluding an inspection which was not performed due to an exemption for snow and/or ice cover or precipitation; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each instance when a control measure, that was to be implemented as a result of an inspection, was not implemented.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

### F002 Reporting Requirements:

a. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

c. *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *An identification of the days when cracks, openings, broken seals, or any other condition allowing outward flow from the emissions unit were discovered by the daily inspection of the overhead doors and/or enclosure and a description of the corrective action, and when it was performed; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

f. *An identification of the days during which visible emissions of fugitive dust were observed when the overhead doors were opened and a description of any corrective actions taken, if any, to minimize or eliminate the visible emissions.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F003 Reporting Requirements:**

a. *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

b. *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**F004 Reporting Requirements:**

a.  *The period of time when the pressure drop across the bag house on the lime silo stack was outside the range specified in section A.III.1;*

    **There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Each day when the enclosures were not found to be in good operating condition and the corrective actions taken; and*

    **There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Each day or week during which any fugitive visible emission were observed and the corrective actions taken.*

    **There were no occurrences to report as defined by the reporting requirements for this unit.**

**P001 Reporting Requirements:**

a.  *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

    **There were no occurrences to report as defined by the reporting requirements for this unit.**

b.  *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

    **There were no occurrences to report as defined by the reporting requirements for this unit.**

c.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

d. *Any record indicating detectable emissions from the vapor recovery system, cover and/ or opening of any container, and/ or any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

e. *Each day or week during which any visible emissions were observed and the corrective actions taken.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**P003 – P005 Reporting Requirements:**

The emissions units have the same reporting requirements and therefore will be combined for the purpose of this report. The specific emission unit will be identified, if necessary, in the contents of this section.

f. *Each day when the number of gallons loaded exceeded 44,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

g. *Each day when the calculated loading loss value exceeded 41.9 pounds per 1,000 gallons;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

h. *Any time when the vapor recovery system was not in operation when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

i. *Any time when emissions in the vapor recovery system were not vented to either the incinerator and/or the carbon adsorption system when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

j.  *Any record indicating the pressure within the vapor recovery system upstream from the ventilation header blower was at or above atmospheric pressure when waste was processed within this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

k.  *Each day when loading occurred without submerged fill;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

l.  *Any record indicating detectable emissions from the vapor recovery system or from any equipment component of this emissions unit;*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

m.  *Any record indicating the loading and unloading activities occurred at the same time within this emissions unit.*

**There were no occurrences to report as defined by the reporting requirements for this unit.**

**N001 Reporting Requirements:**

Heritage-WTI is required to submit quarterly reports documenting exceedances of emissions limitations and other operating parameters specified by the Title V Permit #P0084372. In addition, the permit also specifies that Heritage-WTI provide quarterly reports on the performance of the Continuous Monitoring System (CMS).

This Title V Quarterly Report will only contain a summary of the quarter's exceedances and CMS downtime. A more detailed report will be submitted to OEPA under a separated cover letter titled **3rd Quarter Excess Emissions Report**. An additional report titled **3rd Quarter Data Assessment Report** will be sent detailing the results of the periodic Cylinder Gas Audits and Relative Accuracy Test Audits.

## Temperature Deviation Summary

Heritage-WTI maintains two temperature Operating Parameter Limits in accordance 40 CFR Part 63, Subpart EEE. Temperature limits for the Rotary Kiln and Secondary Combustion Chamber are necessary maintain the temperature needed to meet the Destruction Removal Efficiency and Dioxin/Furan emission standards established under the HWC MACT.

### Kiln Temp Summary
Deviation = < 1718 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action | |
|------|------|------|------|------|------|
| 07/03/2012 20:32 | 1183.8 | 64 | Malfunction - Equipment | Gasket replaced. Unit restarted. | |
| 09/03/2012 21:53 | 1321.3 | 193 | Malfunction - Power Failure | City power stabilized. Unit restarted. | |
| | | 257 | Total Minutes | | |

### SCC Temp Summary
Deviation = <1747 F 1-hr avg.

| Date | MINIMUM TEMP DEG F | Duration (min) | Reason | Corrective Action |
|------|------|------|------|------|
| 07/03/2012 20:25 | 1153.2 | 71 | Malfunction - Equipment | Gasket replaced. Unit restarted. |
| 09/03/2012 21:53 | 1232.0 | 202 | Malfunction - Power Failure | City power stabilized. Unit restarted. |
| | | 273 | Total Minutes | |

## Opacity Summary

Deviation => 20% on 6 min. avg.

| Date | MAXIMUM OPACITY | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 09/03/2012 14:54 | 52.8 | 6 | Malfunction - Steam Loss | Cleared Line |
| 09/05/2012 06:54 | 22.8 | 6 | Feed - Drum | Start Pink Plume Suppression |
| 09/11/2012 13:12 | 49.5 | 36 | Quarterly Stack Audit | None |
| | | 48 | Total Minutes | |

Opacity
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:                                             0
    b) Control equipment problems:                              6
    c) Process Problems:                                           0
    d) Other known causes:                                       42
    e) Unknown causes:                                          0

2) Total duration of excess emissions:                    48
3) Total duration of excess emissions X (100) / Total source operating time:       0.04%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:                        0
    b) Non-Monitor equipment malfunctions:                 0
    c) Quality assurance calibration:                         646
    d) Other known causes:                                        0
    e) Unknown causes:                                         0

2) Total CMS Downtime:                                  646
3) Total duration of downtime X (100) / Total source operating time:       0.56

## Sulfur Dioxide Summary
Deviation =>11.34 lbs/hr
49.69 tons/year

| Date | MAXIMUM LB/MMBTU | Duration (min) | Reason | Corrective Action |
|------|------------------|----------------|--------|-------------------|
| 07/13/2012 08:50 | 22.4 | 62 | Feed - Unknown | Adjust Feed Rates |
| | | 62 | Total Minutes | |

Sulfur Dioxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a) Startup / shutdown:     0
    b) Control equipment problems:     0
    c) Process Problems:     0
    d) Other known causes:     62
    e) Unknown causes:     0
2) Total duration of excess emissions:     62
3) Total duration of excess emissions X (100) / Total source operating time:     0.05%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a) Monitor equipment malfunctions:     0
    b) Non-Monitor equipment malfunctions:     0
    c) Quality assurance calibration:     1,910
    d) Other known causes:     1,585
    e) Unknown causes:     0
2) Total CMS Downtime:     3,495
3) Total duration of downtime X (100) / Total source operating time:     3.03%

## Nitrogen Oxides Summary
Deviation=>28.36 lbs/hr
124.23 Tons/year

| Date | MAXIMUM LB/HR | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| 07/01/2012 13:32 | 28.8 | 9 | Feed - Drum | Reduced Feed Rates |
| 07/02/2012 06:46 | 28.6 | 8 | Feed - Drum | Reduced Feed Rates |
| 08/30/2012 14:44 | 31.9 | 49 | Feed - Lance | Reduced Feed Rates |
| 08/30/2012 16:21 | 31.4 | 30 | Feed - Lance | Reduced Feed Rates |
| | | 96 | Total Minutes | |

Nitrogen Oxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a) Startup / shutdown:            0
    b) Control equipment problems:      0
    c) Process Problems:           0
    d) Other known causes:         96
    e) Unknown causes:            0
2) Total duration of excess emissions:      96
3) Total duration of excess emissions X (100) / Total source operating time:      0.08%
CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a) Monitor equipment malfunctions:      0
    b) Non-Monitor equipment malfunctions:      0
    c) Quality assurance calibration:      1,910
    d) Other known causes:         179
    e) Unknown causes:            0
2) Total CMS Downtime:      2,089
3) Total duration of downtime X (100) / Total source operating time:      1.81%

## Carbon Monoxide Summary
### Deviation = N/A

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. As a result, the facility does not have a short term emission limitation on Carbon Monoxide. The following table shows a summary of Carbon Monoxide emissions for the quarter.

| Date | Time | Lb/MMBtu | Incinerator Operation |
|------|------|----------|------------------------|
|  |  |  |  |
|  |  |  |  |
| Total CO emissions for the quarter: |  |  |  |
|  |  |  |  |
|  |  | lbs | tons |
|  |  | 13663 | 6.83 |

Carbon Monoxide
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):

    a) Startup / shutdown:                                     N/A
    b) Control equipment problems:                     N/A
    c) Process Problems:                                  N/A
    d) Other known causes:                              N/A
    e) Unknown causes:                                   N/A
2) Total duration of excess emissions:                 N/A
3) Total duration of excess emissions X (100) / Total source operating time:       N/A %


CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):

    a) Monitor equipment malfunctions:                0
    b) Non-Monitor equipment malfunctions:        0
    c) Quality assurance calibration:                  923
    d) Other known causes:                            11
    e) Unknown causes:                               0
2) Total CMS Downtime:                               934
3) Total duration of downtime X (100) / Total source operating time:       0.81%

## Total Hydrocarbon Summary
### Deviation => 10 ppmv

The HWC MACT (40 CFR Part 63, Subpart EEE) allows facilities the option of choosing to maintain compliance by monitoring either Total Hydrocarbon or Carbon Monoxide emissions. Heritage-WTI has chosen to option of monitoring Total Hydrocarbons. The following table shows a summary of Total Hydrocarbon exceedances and total emissions for the quarter.

| Date | MAXIMUM PPM | Duration (min) | Reason | Corrective Action |
|---|---|---|---|---|
| | | | Waste | |
| 07/05/2012 17:56 | 11.2 | 5 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/13/2012 09:50 | 14.6 | 46 | Malfunction -Lance Purge | Cleared line. Restarted unit. |
| 07/14/2012 08:17 | 17.1 | 59 | Operator Error - Container inspection | Restart unit. |
| 07/16/2012 17:25 | 14.6 | 59 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 07/24/2012 20:26 | 11.5 | 50 | Malfunction - Lance Plugging | Cleared lance . Restarted unit. |
| 07/28/2012 19:24 | 10.1 | 8 | Malfunction - Combustion Anomaly | Reviewed waste feeds. Restarted unit. |
| 07/31/2012 16:53 | 21.2 | 51 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 08/03/2012 18:26 | 10.7 | 58 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 08/13/2012 11:59 | 10.0 | 19 | Operator Error -Feed Mix | Reduce charges. Restart unit. |
| 08/27/2012 21:09 | 21.2 | 60 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 08/29/2012 13:44 | 10.2 | 2 | Malfunction - Computer | Corrected computer timing. Restarted unit. |
| 08/31/2012 16:54 | 16.9 | 60 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 09/07/2012 00:07 | 20.7 | 60 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 09/21/2012 18:52 | 10.2 | 57 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| 09/21/2012 20:49 | 18.5 | 60 | Operator Error -Feed Prep | Reduce charges. Restart unit. |
| | | 654 | Total Minutes | |
| | | | Fuels | |
| 07/03/2012 22:17 | 18.9 | 8 | Start-up - Unit Maintenance | Adjust burner. |
| 07/12/2012 21:59 | 41.6 | 62 | Start-up - Unit Maintenance | Adjust burner. |
| 07/12/2012 23:50 | 10.3 | 15 | Start-up - Unit Maintenance | Adjust burner. |
| 07/13/2012 00:12 | 12.5 | 129 | Start-up - Unit Maintenance | Adjust burner. |
| 07/13/2012 08:27 | 11.9 | 45 | Start-up - Unit Maintenance | Adjust burner. |
| | | 259 | Total Minutes | |

Total Hydrocarbon
Emission Data Summary:
1) Duration of excess emission in reporting period due to (all reported in minutes; excludes monitor downtime events):
    a) Startup / shutdown:                          259
    b) Control equipment problems:          2
    c) Process Problems:                     96
    d) Other known causes:                 543
    e) Unknown causes:                     13

2) Total duration of excess emissions:      913
3) Total duration of excess emissions X (100) / Total source operating time:     0.79%

CMS Performance Summary:
1) CMS downtime in reporting period due to (reported in minutes; does not count preventative maintenance time):
    a) Monitor equipment malfunctions:     0
    b) Non-Monitor equipment malfunctions:     0
    c) Quality assurance calibration:     0
    d) Other known causes:     1
    e) Unknown causes:     0
2) Total CMS Downtime:     0
3) Total duration of downtime X (100) / Total source operating time:     0.00%

## B. Malfunctions

As historically required by former terms and conditions, WTI has included all monitor quality assurance, preventative maintenance, and downtime in the exceedance section of the Excess Emissions Report (EER) for all N001 monitors. Malfunctions of the monitor would be reported in the downtime section of the EER. This EER is submitted separate from this Title V report.

**End of Report**