# Exhibit 15



John R. Kasich, Governor
Mary Taylor, Lt. Governor
Craig W. Butler, Director

January 21, 2016

RE: **NOTICE OF VIOLATION**
EXCEEDANCE OF $NO_X$ LIMIT
FACILITY ID: 0215020233

**CERTIFIED MAIL**
7013 3020 0002 1133 4824

Mr. Vince Waggle
Environmental Engineer
Heritage Thermal Service, Inc.
1250 St. George St.
East Liverpool, OH 43920

Dear Mr. Waggle:

This Notice of Violation (NOV) is being sent in regard to the June 28, 2015, excess emissions of nitrogen oxides ($NO_X$) from the hazardous waste incineration unit (N001) at the Heritage Thermal Services (HTS) facility in East Liverpool, Ohio.

In the second quarter 2015 excess emission report submitted July 30, 2015, HTS identified an exceedance. During the 3-hour block of time (0601-0900), the average hourly emission rate was 29.82 pounds per hour which exceeded the allowable of 28.36 pounds per hour. After discussions with HTS, the Ohio EPA believes the exceedance to have been preventable.

Please submit, **within fourteen (14) days of receipt of this letter**, a plan that will address how an exceedance of this type will be prevented from happening in the future. Failure to respond within the specified time frame can result in a referral to Ohio EPA's Central Office for further enforcement action.

The submission of the above information does not constitute a waiver of Ohio EPA's authority to seek civil penalties as provided in Section 3704.06 of the Ohio Revised Code. The determination to pursue or decline to pursue such penalties in this case will be made by Ohio EPA at a later date. Nothing in this letter shall be construed to authorize any waiver from the requirements of any applicable state or federal laws or regulations.

MR. VINCE WAGGLE
JANUARY 21, 2016
PAGE 2

Should you have any questions regarding this notice, please contact me at (330) 963-1252 or via email at erik.bewley@epa.ohio.gov.

Respectfully,

Erik M. Bewley
Environmental Specialist
Division of Air Pollution Control
Ohio Environmental Protection Agency

EMB:bo

ec: Tim Fischer, DAPC, NEDO
Jim Kavalec, DAPC, CO
John Paulian, DAPC, CO
Brian Dickens, U.S. EPA, Region V