# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SAVE OUR COUNTY, INC., | ) | CIVIL ACTION NO. 4:16-CV-1544-BYP |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | **AMENDED NOTICE OF MEDIATION** |
| HERITAGE THERMAL SERVICES, INC., | ) | **DATE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Please take Notice that the mediation previously scheduled for April 7, 2017, and Noticed to this Court on December 9, 2016, has been rescheduled in order to allow more time (14 days) for discovery and preparation before holding mediation. The mediator and the location of the mediation remain unchanged. Amended Notice is hereby given that both Parties and the mediator have agreed to reschedule the mediation to the date and place below:

Date: April 21, 2017

Mediator: Steven Baicker-McKee, Esq.

Location: Two Gateway Center, Pittsburgh, PA 15219

Respectfully submitted,


\_/s/ James Yskamp_____
James Yskamp
Ohio Bar No. 0093095
Email: jyskamp@fairshake-els.org

Fair Shake Environmental Legal Services
159 S. Main Street, Suite 1030
Akron, Oh 44308
Telephone: (234) 571-1970
*Attorney for Plaintiff, Save Our County, Inc.*


## CERTIFICATE OF SERVICE

I, James Yskamp, hereby certify that a true and correct copy of the foregoing Amended Notice of Mediation Date was filed electronically on February 3, 2017. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.



By:\_/s/ James Yskamp_____
         James Yskamp

2