# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR COUNTY, INC., | ) CIVIL ACTION NO. 4:16-CV-1544-BYP |
| Plaintiff, | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| HERITAGE THERMAL SERVICES, INC., | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

The Plaintiff hereby gives Notice to the Court that the Parties have reached a settlement to resolve all claims in this matter. The Plaintiff respectfully requests 30 days in which to file a motion for dismissal.

Respectfully submitted,

 /s/ James Yskamp
James Yskamp
Ohio Bar No. 0093095
Email: jyskamp@fairshake-els.org

1

Fair Shake Environmental Legal Services
159 S. Main Street, Suite 1030
Akron, Oh 44308
Telephone: (234) 571-1970
*Attorney for Plaintiff, Save Our County, Inc.*

## CERTIFICATE OF SERVICE

I, James Yskamp, hereby certify that a true and correct copy of the foregoing Notice was filed electronically on May 1, 2017. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: 5/1/2017                By: /s/ James Yskamp
                                  James Yskamp