PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR COUNTY, INC., ) | |
| ) | CASE NO. 4:16CV1544 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| HERITAGE THERMAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | **ORDER OF DISMISSAL** |

On May 1, 2017, Plaintiff informed the Court that the parties have reached a settlement in this matter. ECF No. 24. Therefore, the docket shall be marked "settled and dismissed without prejudice." Within 30 days of the date of this Order, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

| | |
|---|---|
| May 1, 2017 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |