# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SAVE OUR COUNTY, INC., | ) | CIVIL ACTION NO. 4:16-CV-1544-BYP |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| HERITAGE THERMAL SERVICES, INC., | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Now come the Parties, by and through their duly authorized counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to dismiss the above-captioned matter with prejudice, with each party bearing their own attorneys fees and costs.

Dated: May 30, 2017

  /s/ James Yskamp                             /s/ Olivia D. Lucas        
James Yskamp, Esq.                           Olivia D. Lucas
Ohio Bar No. 0093095                         *Pro Hac Vice Admission*
Email: jyskamp@fairshake-els.org             Email: Olivia.Lucas@faegrebd.com
Emily A. Collins, Esq.
Ohio Bar No. 0093202                         Faegre Baker Daniels
Email: ecollins@fairshake-els.org            3200 Wells Fargo Center
                                             1700 Lincoln Street
Fair Shake Environmental Legal Services      Denver, CO 80203
159 S. Main Street, Suite 1030               Telephone: (303) 607-3500

1

Akron, OH 44308
Telephone: (412) 742-4615

*Counsel for Save Our County, Inc.*

FAEGRE BAKER DANIELS LLP
Paul A. Wolfla
Ohio Bar No. 0069801
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-1241

*Counsel for Heritage Thermal Services, Inc.*

# ORDER

Having considered the Parties' Stipulation, it is hereby **ORDERED** that all of the Plaintiff's claims against Heritage Thermal Services, Inc. are dismissed with prejudice, with each party to bear their own attorneys fees and costs.

Date: _____ _____
The Honorable Benita Y. Pearson
United States District Judge

## CERTIFICATE OF SERVICE

    I, James Yskamp, hereby certify that a true and correct copy of the foregoing was filed electronically on May 30, 2017. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: May 30, 2017                      By:  /s/ James Yskamp_____
                                                          James Yskamp